IN THE UNITED STATES DISTRICT COURT
OF THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KELVIN BROWN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 5:17-cv-00884-DAE |
| ACE AMERICA INSURANCE COMPANY, PA | § § § | |
| Defendant. | § § | |

ORDER OF DISMISSAL WITH PREJUDICE

Currently before the Court is Plaintiff Kelvin Brown's ("Plaintiff") Motion to Dismiss with Prejudice.

It appearing that the parties are in agreement and that the claims asserted in this lawsuit have been settled, it is **ORDERED** that Plaintiff's Motion to Dismiss with Prejudice is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims asserted in the lawsuit be dismissed with prejudice, with the parties bearing their own costs, expenses, and attorney fees incurred in connection with this lawsuit.

IT IS SO ORDERED this _1st November_, 2017.

_____
JUDGE PRESIDING